IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


H.D., MOTHER OF L.R., A CHILD,

       Appellant,

 v.

                                    Case No.  5D22-2172
                                    LT Case No. 2021-30335-CJCI

DEPARTMENT OF CHILDREN
AND FAMILIES,

       Appellee.

_____/

Decision filed January 18, 2023

Appeal from the Circuit Court
for Volusia County,
A. Kathleen McNeilly, Judge.

Richard F. Joyce, Special Assistant
Regional Counsel, of Office of Criminal
Conflict and Civil Regional Counsel,
Casselberry, for Appellant.

Karla Perkins, of Children's Legal
Services, Department of Children and
Families, Miami, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Laura J. Lee,
Assistant Director of Appeals, of

Guardian ad Litem Program, Tallahassee,
and Jamie Billotte Moses, of Statewide
Guardian  ad  Litem  Office, Orlando, for
Guardian ad Litem Program.

PER CURIAM.

    AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.

2